Zakari Law, APC
Raymond Zakari, SBN 225356
225 S. Lake Ave. Suite 300
Pasadena, CA 91101
T:(626) 432-5465
F: (626) 793-7423

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHAIM STEIN; MARC HUTSON-MONTROY; individually and on behalf of the GENERAL PUBLIC<br>Plaintiff(s),<br>v.<br>BRAUM INVESTMENT AND DEVELOPMENT, INC. aka BRAUM REAL ESTATE et al.<br>Defendant(s). | CASE NUMBER<br>CV-04-3611 GAF (VBKx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) ) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| 09/12/08<br>Date | Zakari Law by: Raymond Zakari<br>*Signature of Attorney* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

IT IS SO ORDERED.
DATED: 9/18/08
UNITED STATES DISTRICT JUDGE

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)